REDACTED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **INDICTMENT** |
| | ) | |
| v. | ) | Cause No. 1:25-CR-12 |
| | ) | Violations: 18 U.S.C. § 922(a)(6) |
| BRONSON CONRAD PHILLIPS | ) | |

**THE GRAND JURY CHARGES:**

Between on or about August 16, 2024, and August 19, 2024, in the Northern District of Indiana,

BRONSON CONRAD PHILLIPS,

defendant herein, in connection with the attempted acquisition of a firearm, from a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious statement to a licensed dealer of firearms, which statement was intended and likely to deceive the licensed firearms dealer, as to a fact material to the lawfulness of such sale of the firearm to the defendant under Chapter 44 of Title 18, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, to the effect that he was not under indictment or information for a felony and that he was not an unlawful user, or addicted to, a depressant, stimulant, narcotic drug or any other controlled substance, in the following manner:

| COUNT | DATE On or about | DESCRIPTION |
|---|---|---|
| 1 | August 16, 2024 | During the purchase of an FN Five-Seven handgun from Wrigley Sales, 7712 Lima Road, Fort Wayne, IN 46818 |
| 2 | August 17, 2024 | During the purchase of a HS Product Springfield XDS handgun from Tomlinson Shooting Supply, 8475 E. US 33, Suite G, Churubusco, IN 46723 |
| 3 | August 19, 2024 | During the purchase of a Kel Tec KSG shotgun from Wrigley Sales, a FFL, 7712 Lima Road, Fort Wayne, IN 46818 |

All in violation of 18 U.S.C. § 922(a)(6).

A TRUE BILL

*/s/ Foreperson*
Foreperson

TINA L. NOMMAY
ACTING UNITED STATES ATTORNEY

By:  */s/ Justin C. Sheridan*
Justin C. Sheridan
Assistant United States Attorney